UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHAJUAN GRAY | ) | CASE NO.: 1:18-CV-02418 |
| | ) | |
| Plaintiffs, | ) | JUDGE PAMELA. BARKER |
| vs. | ) | |
| | ) | **PARTIES' STATUS REPORT** |
| CITY OF EUCLID, et al. | ) | |
| | ) | |
| Defendants. | ) | |

The parties, through counsel, submit this Status Report of activity in this matter, as mandated by the Court's Case Management Order, as follows:

The parties have conducted paper discovery and depositions of the parties, occurrence witnesses, and 30b6 witnesses are scheduled. The parties' settlement positions have not changed but may be reconsidered upon the conclusion of discovery. There are no pending motions.

Respectfully submitted,

s/ Sarah Gelsomino
SARAH GELSOMINO (0084340)
JACQUELINE C. GREENE (0092733)
TERRY H. GILBERT (0021948)
Friedman & Gilbert
55 Public Square, Suite 1055
Cleveland, Ohio 44113-1901
T: (216) 241-1430
F: (216) 621-0427
sgelsomino@f-glaw.com
jgreene@f-glaw.com
tgilbert@f-glaw.com

MARCUS SIDOTI (0077476)
Jordan | Sidoti LLP
50 Public Sq., Suite 1900
Cleveland, OH 44113
T: 216-357-3350
marcus@jordansidoti.com

Counsel for Plaintiffs

s/John D. Pinzone
JAMES A. CLIMER (0001532)
JOHN D. PINZONE (0075279)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio 44139
(440) 248-7906
(440) 248-8861 - Fax
Email: jclimer@mrrlaw.com
        jpinzone@mrrlaw.com

Counsel for Defendants City of Euclid and Officer James Aoki

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sarah Gelsomino
SARAH GELSOMINO
One of the Attorneys for Plaintiff