UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHAJUAN GRAY, | ) | CASE NO.: 1:18-CV-02418 |
| | ) | |
| Plaintiff, | ) | JUDGE: PAMELA A. BARKER |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL AND** |
| | ) | **JOURNAL ENTRY** |
| CITY OF EUCLID, et al., | ) | |
| | ) | |
| Defendants | ) | |

We, the attorneys for the respective parties, do hereby stipulate that the above captioned matter has been settled and dismissed, with prejudice, as against all Defendants. The Court may enter an Order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

_____
JUDGE PAMELA A. BARKER

*s/Sarah Gelsomino*
SARAH GELSOMINO (0084340)
JACQUELINE C. GREENE (0092733)
TERRY H. GILBERT (0021948)
Friedman & Gilbert
55 Public Square, Suite 1055
Cleveland, OH 44113-1901
(216) 241-1430
(216) 621-0427 – Fax
Email: sgelsomino@f-glaw.com
          jgreene@f-glaw.com
          tgilbert@f-glaw.com

MARCUS SIDOTI (0077476)
Jordan / Sidoti LLP
50 Public Square, Suite 1900
Cleveland, OH 44113
(216) 357-3350

*s/John D. Pinzone*
JAMES A. CLIMER (0001532)
JOHN D. PINZONE (0075279)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email:  jclimer@mrrlaw.com
           jpinzone@mrrlaw.com

Counsel for Defendants City of Euclid and Officer James Aoki

Email:  marcus@jordansidoti.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2020, a copy of the foregoing Stipulation for Dismissal and Journal Entry was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/John D. Pinzone*
JOHN D. PINZONE (0075279)

Counsel for Defendants City of Euclid and Officer James Aoki